IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Robert E. Blackburn**

Civil Action No. 08-cv-00973-REB-KMT

DAVID DONALD RITZ,

    Plaintiff,

v.

DENVER COUNTY COURT,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me *sua sponte*. This civil action was filed in this court by the plaintiff *pro se* on May 12, 2008.[1] It appears that this civil action is duplicative of civil action No. 08-cv-00993-REB-KMT, ***People of the State of Colorado v. Ritz***, filed in this court on May 13, 2008, via a **Notice of Removal** [#1]. On May 21, 2008, I entered an **Order To Show Cause** [#5] requiring plaintiff to show cause why this civil action should not be dismissed as duplicative of 08-cv-00993-REB-KMT. Plaintiff was given until May 30, 2008, to file his response. As of this date, no response has been filed. I find and conclude that this civil action is needlessly duplicative of civil action No. 08-cv-00993-REB-KMT, ***People of the State of Colorado v. Ritz***, and that this civil action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Order To Show Cause** [#5] entered May 21, 2008, is **MADE**

---

[1] The action was commenced ostensibly by the filing of the **Petition for a Writ of Arrest of Warrant** [#1] filed May 12, 2008. I construe the petition as tantamount to a complaint.

**ABSOLUTE**; and

2. That this civil action, No. 08-cv-00973-REB-KMT, *Ritz v. Denver County Court*, is **DISMISSED WITH PREJUDICE**.

Dated June 4, 2008, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**